UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS** | 2:12-md-02311-MOB-MKM |
| **ANTITRUST LITIGATION** | Honorable Marianne O. Battani |
| | |
| IN RE Automotive Wire Harness Systems | Case No. 2:13-cv-00105-MOB-MKM |
| IN RE Heater Control Panels | Case No. 2:13-cv-00405-MOB-MKM |

**THIS RELATES TO:**
State Attorneys General

| | |
|---|---|
| **STATE OF CALIFORNIA,** | Case No. 2:17-cv-11679 |
| ex rel. Xavier Becerra, | |
| **Attorney General of the State of California** | **Notice of Voluntary Dismissal** |
| Plaintiffs, | |
| v. | |
| **Sumitomo Electric Industries, Ltd.;** | |
| **Sumitomo Wiring Systems, Ltd.;** | |
| **Sumitomo Electric Wiring Systems, Inc.;** | |
| **K&S Wiring Systems, Inc.; and** | |
| **Sumitomo Wiring Systems (U.S.A.) Inc.** | |
| **Defendants.** | |

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc. (collectively, Defendants) from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint.  The action has settled against Defendants under the terms of the

1

attached settlement agreement. Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated: May 26, 2017

XAVIER BECERRA
Attorney General of California

/s/ Michael Jorgenson
KATHLEEN E. FOOTE
Senior Assistant Attorney General
MICHAEL JORGENSON
Cal. State Bar No. 201145
ANIK BANERJEE
WINSTON CHEN
Deputy Attorneys General
*Attorneys for Plaintiffs*
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102
  Telephone: 415) 703-5629
  Michael.Jorgenson@doj.ca.gov
*Attorneys for Plaintiffs*